282 F.2d 568
 Jerry Clyde BEELER
v.
STATE of OKLAHOMA.
 No. 6370.
 United States Court of Appeals Tenth Circuit.
 June 2, 1960.
 
 Appeal from the United States District Court for the Eastern District of Oklahoma.
 Charles F. Brega, Denver, Colo., for appellant.
 Mac Q. Williamson, Atty. Gen., of Oklahoma, and Owen J. Watts, Asst. Atty. Gen., of Oklahoma, for appellee.
 Before BRATTON, PICKETT and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion.